No. 220. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF WARREN *v.* BOWERS (SUCCESSOR TO PECK), TAX COMMISSIONER OF OHIO. Appeal from the Supreme Court of Ohio. Probable jurisdiction noted. The Solicitor

808

General is invited to file a brief as *amicus curiae*. MR. JUSTICE BURTON took no part in the consideration or decision of this question. *Robert G. Day* for appellant. *C. William O'Neill,* Attorney General of Ohio, and *Joseph S. Gill, First Assistant Attorney General, for appellee.*